UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELINDA CHALLENDER, JESSICA GREENE,
BRITTANY KRITZ, DARNELL MUDGETT,
and ASHLEY TRYLCH, On their own behalf and
on behalf of all others similarly situated,

        Case No. 22-cv-00459

    Plaintiffs,

        Hon. Paul L. Maloney

v.

NORTHWEST MICHIGAN SURGERY CENTER,
L.L.C. d/b/a COPPER RIDGE SURGERY CENTER,

    Defendant.

| | |
|---|---|
| Noah S. Hurwitz (P74063) | Gregory M. Meihn (P38939) |
| Grant M. Vlahopoulos (P85633) | Matthew T. Wise (P76794) |
| Kara F. Krause (P85487) | GORDON REES SCULLY MANSUKHANI |
| HURWITZ LAW PLLC | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | 37000 Woodward Ave., Ste. 225 |
| 617 Detroit St., Ste. 125 | Bloomfield Hills, MI 48304 |
| Ann Arbor, MI 48104 | (313) 426-9815 |
| (844) 487-9484 | gmeihn@grsm.com |
| noah@hurwitzlaw.com | mwise@grsm.com |
| grant@hurwitzlaw.com | |
| kara@hurwitzlaw.com | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the parties, this matter is DISMISSED WITH PREJUDICE and without any finding of wrongdoing by Defendant by a Judge or jury.  This order disposes of all claims and closes the case.

    **IT IS SO ORDERED.**

Date:  September 28, 2023                /s/ Paul L. Maloney
                                                            Honorable Paul L. Maloney
                                                            United States District Judge

Stipulated to, and respectfully submitted, by:

/s/ *Noah S. Hurwitz*  
Noah S. Hurwitz (P74063)  
HURWITZ LAW PLLC  
*Attorneys for Plaintiffs*

/s/ *Matthew T. Wise (with permission)*  
Matthew T. Wise (P76794)  
GORDON REES SCULLY MANSUKHANI  
*Attorneys for Defendants*

Dated: September 27, 2023